853 A.2d 233

IN THE MATTER OF WALTER D. NEALY, AN ATTORNEY
AT LAW (ATTORNEY NO. 023181983).

July 27, 2004.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **WALTER D. NEALY** of **HACKENSACK**, who was admitted to the bar of this State in 1983;

And the District IIB Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.4(b)(failure to explain the matter to the extent reasonably necessary to permit the client to make an informed decision regarding the representation), *RPC* 8.4(c) (misrepresentation), and *Rule* 1:15–5(b);

And the Disciplinary Review Board having determined to grant the motion in part and deny the motion in part;

And the Disciplinary Review Board having determined to dismiss the stipulated violations in the *Logan* matter, finding *Rule* 1:15 to be inapplicable to respondent, and having concluded that a reprimand is the appropriate level of discipline for respondent's unethical conduct in the *Alarcon* matter;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **WALTER D. NEALY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.